```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
  PAULA NEGRO,                                      :
                                                    :
                          Plaintiff,                :      20-CV-10407 (JMF)
                                                    :
                  -v-                               :      ORDER
                                                    :
  AMTRUST NORTH AMERICA, INC.,                      :
                                                    :
                          Defendant.                :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 12, 2021, Defendant filed a motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. ECF No. 17. The same day, Defendant filed a motion to strike pursuant to Rule 12(f). ECF No. 18. Under Rule 15(a)(2), courts should freely give a plaintiff leave to amend a complaint when justice so requires. Accordingly, Plaintiff is GRANTED leave to file an amended complaint no later than **March 5, 2021**. If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion for judgment on the pleadings and/or motion to strike, Plaintiff should include those facts in the amended complaint. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by these motions.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall file an amended answer and (1) file a new motion for judgment on the pleadings and/or motion to strike; or (2) file a letter stating that it relies on the previously filed motions or is withdrawing its motions in light of the amended complaint. If Defendant files new motions or withdraws its previously filed motions, the Court will deny the previously filed motion as moot.

It is further ORDERED that if no amended complaint is filed, Plaintiff shall file any opposition to the motions, **supported by a single, consolidated memorandum of law not to exceed 25 pages**, by **March 5, 2021**. Defendant shall file any reply, **in the form of a single, consolidated memorandum not to exceed 10 pages**, by **March 12, 2021**.

**The initial pretrial conference currently scheduled for March 4, 2021 remains in effect.**

SO ORDERED.

Dated: February 16, 2021
New York, New York

JESSE M. FURMAN
United States District Judge