UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PAULA NEGRO,                                                           :
                                                                       :
                                Plaintiff,                             :
                                                                       :    20-CV-10407 (JMF)
                -v-                                                    :
                                                                       :    ORDER
AMTRUST NORTH AMERICA, INC.,                                           :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Upon review of the parties' papers, including the supplemental submissions, *see* ECF Nos. 38 & 39, the Court is inclined to deny both Defendant's motion for partial judgment on the pleadings, ECF No. 17, and its motion to strike Plaintiff's jury demand, ECF No. 18, without prejudice to renewal on summary judgment and/or before trial.

The parties are hereby ORDERED to appear for a conference on **June 24, 2021**, at **9:45 a.m.** to discuss the motions and the path forward. The conference will proceed by telephone. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

In light of the foregoing, the pretrial conference currently scheduled for July 8, 2021, *see* ECF No. 22, is ADJOURNED *sine die*. Accordingly, the parties' request at ECF No. 40 to conduct the July 8, 2021, conference remotely is DENIED as moot.

SO ORDERED.

Dated: June 22, 2021
      New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge