```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
PAULA NEGRO,                                                      :
                                                                  :
                              Plaintiff,                          :
                                                                  :     20-CV-10407 (JMF)
              -v-                                                 :
                                                                  :         ORDER
AMTRUST NORTH AMERICA, INC.,                                      :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

For the reasons stated on the record during today's teleconference:

1. Defendant's motion for partial judgment on the pleadings, ECF No. 17, is DENIED, the Defendants' motion to strike Plaintiff's jury demand, ECF No. 18, is DENIED without prejudice.

2. The deadline for fact discovery to close remains **July 2, 2021**. As the parties have both stated that they do not intend to conduct expert discovery, the deadline for expert discovery, *see* ECF No. 22, ¶ 8(d), is hereby VACATED.

3. After meeting and conferring, the parties are ORDERED to submit a joint letter no later than **seven days after their settlement conference**, including their position on whether or how the Court should address the issues raised in Defendant's motions and also proposing next steps for this litigation as a whole. If applicable, they should also propose a briefing schedule for motion practice.

The Clerk of Court is directed to terminate ECF Nos. 17 and 18.

SO ORDERED.

Dated: June 24, 2021
       New York, New York
                                          _____
                                                    JESSE M. FURMAN
                                                 United States District Judge