UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PAULA NEGRO,                                                         :
:
:
Plaintiff,                                                           :
:                  20-CV-10407 (JMF)
-v-                                                                  :
:                  ORDER
AMTRUST NORTH AMERICA, INC.,                                         :
:
Defendant.                                                           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The teleconference in this case scheduled for July 20, 2022, at 2:15 p.m. is RESCHEDULED to the same date at **3:30 p.m.**  As stated in the Court's July 7, 2022 Order, ECF No. 57, the parties may join the teleconference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key.

      SO ORDERED.

Dated: July 15, 2022
      New York, New York                      _____
                                                 JESSE M. FURMAN
                                          United States District Judge