UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

**PAULA NEGRO**

       Plaintiff,　　　　　　　　　　Civil Action No.: 1:20-CV-10407 (JMF)

v.

**AMTRUST NORTH AMERICA, INC.**　　　　**STIPULATED JUDGMENT ENTRY**
　　　　　　　　　　　　　　　　　　　　**OF DISMISSAL**
       Defendant.

----------------------------------------X

      Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff Paula Negro and Defendant AmTrust North America, Inc. notify this Court that this matter has settled and stipulate that all claims in this matter are dismissed with prejudice, each party to bear its own costs and legal fees.

                                                                  JUDGE JESSE M. FURMAN
                                                                  United States District Judge

Respectfully Submitted,

/s/ _____　　　　　　　　　/s/ _____
Kevin Console　　　　　　　　　　　　　　　　Douglas B. Schnee (OH #0063643)
CONSOLE MATTIACCI LAW, LLC　　　　　　(admitted pro hac vice)
5 Penn Plaza, 23rd Floor　　　　　　　　　　　DSchnee@frantzward.com
New York, NY  10001　　　　　　　　　　　　Megan E. Bennett (OH #0095835)
kevinconsole@consolelaw.com　　　　　　　　(admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　MBennett@frantzward.com
*Attorney for Plaintiff*　　　　　　　　　　　　FRANTZ WARD LLP
　　　　　　　　　　　　　　　　　　　　　　200 Public Square, Suite 3000
　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH  44114
　　　　　　　　　　　　　　　　　　　　　　Telephone: (216) 515-1660
　　　　　　　　　　　　　　　　　　　　　　Fax: (216) 515-1650

01280594-1

2

Stephanie Imbornone
Michael S. Hanan
GORDON REES SCULLY
MANSUKHANI, LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
mhanan@grsm.com
Telephone: (973) 549-2500

*Attorneys for Defendant AmTrust North America, Inc.*

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Stipulated Judgment Entry of Dismissal* was filed electronically on November 11th, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *[signature]*
One of the Attorneys for Defendant